NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN REVERDES,                         )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D19-57
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____     )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kimberly Campbell, Judge.

Steven Reverdes, pro se.



PER CURIAM.


          Affirmed.


CASANUEVA, LaROSE, and ATKINSON, JJ., Concur.